# Third District Court of Appeal

## State of Florida

Opinion filed July 19, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-0340
Lower Tribunal No. 19-4994 CC

————————————

**Projekt Property Restoration, Inc. a/a/o Yessenia & Andres Arias,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Valiente, Carollo & McElligott, PLLC and Matthew McElligott and Caroline Carollo, for appellant.

Kelley Kronenberg, P.A., and Kimberly J. Fernandes (Tallahassee), for appellee.

Before FERNANDEZ, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.